# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID LEE, et al., | ) | |
| Plaintiffs, | ) | Case No. 2:12-cv-01397-LRH-CWH |
| vs. | ) | **ORDER** |
| DARCY SPEARS, | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Motion for Permission to Participate in Electronic Case Filing (#2), filed on August 7, 2012.

Pursuant to the United States District Court of the District of Nevada's Special Order #109, the ability to file and receive notices electronically is reserved for attorneys unless the court grants a non-attorney authorization to use the electronic filing system (CM/ECF). Plaintiff may only receive electronic notices by obtaining an account with CM/ECF. Plaintiff states that he has reviewed the requirements for electronic filing and agrees to abide by them.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Permission to Participate in Electronic Case Filing (#2) is **granted**. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

a. On or before **October 22, 2012**, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

b. Plaintiff is not authorized to file or receive notices electronically until said certification is filed with the Court within the time frame specified.

    c.    Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 2nd day of October, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge