UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| DAVID LEE,                    )<br>                                        )<br>            Plaintiff,           ) | 2:12-cv-01397-LRH-CWH |
|                                        )<br>v.                                 )<br>                                        ) | O R D E R |
| DARCY SPEARS,          )<br>                                        )<br>            Defendant.      )<br>_____ ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Carl W. Hoffman (#6[1]) entered on November 6, 2012, recommending dismissing the complaint with prejudice. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#6) entered on November 6, 2012, should be adopted and accepted.

//

---

[1] Refers to court's docket number.

1   IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#6) entered on November 6, 2012, is adopted and accepted, and Plaintiff's Complaint (#5) is **DISMISSED with prejudice** because Plaintiff failed to file an amended complaint within 30 days of the Court's October 4, 2012 order.

IT IS SO ORDERED.

DATED this 28th day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2